**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Julie Karpik, Michelle Lewis, Deborah Mondell, Robert Owen, Linda Humenik, Diane George, and Theodore George, individually and as representatives of a class of similarly situated persons, and on behalf of the Huntington Investment and Tax Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Huntington Bancshares Incorporated, Huntington Bancshares Incorporated Board of Directors, and Huntington Bancshares Incorporated Investment and Administrative Committee,<br><br>Defendants. | Case No. 2:17-cv-1153<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Kimberley A. Jolson<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs Julie Karpik, Michelle Lewis, Deborah Mondell, Robert Owen, Linda Humenik, Diane George, and Theodore George (collectively "Plaintiffs") will and hereby do move this Court for an Order: (1) preliminarily approving the Parties' Class Action Settlement Agreement; (2) approving the proposed Notice of Settlement and authorizing distribution of the Notice; (3) certifying the proposed Settlement Class for purposes of Settlement; (4) Scheduling a final Fairness Hearing; and (5) granting such other relief as set forth in the proposed Preliminary Approval Order submitted herewith.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Kai Richter and exhibits thereto, the Declarations of Julie Karpik, Michelle Lewis, Deborah Mondell, Robert Owen, Linda Humenik, Diane George, and Theodore George and exhibits thereto, the Parties' Settlement Agreement, and all files, records, and proceedings in this matter. Defendants do not oppose the motion as parties to the Settlement Agreement.

| | |
|---|---|
| Dated: August 7, 2020 | **NICHOLS KASTER, PLLP** |
| | |
| | By: /s/Kai Richter |
| | Kai H. Richter, MN Bar No. 0296545* |
| | Paul J. Lukas, MN Bar No. 22084X* |
| | Brock J. Specht, MN Bar No. 0388343* |
| | Brandon McDonough, MN Bar No. 0393259* |
| | Ben Bauer, MN Bar No. 0398853* |
| | * *admitted pro hac vice* |
| | 4600 IDS Center |
| | 80 S 8th Street |
| | Minneapolis, MN 55402 |
| | Telephone: 612-256-3200 |
| | Facsimile: 612-338-4878 |
| | krichter@nka.com |
| | lukas@nka.com |
| | bspecht@nka.com |
| | bmcdonough@nka.com |
| | bbauer@nka.com |
| | |
| | **BARKAN MEIZLISH DEROSE WENTZ MCINERNEY PFEIFFER, LLP** |
| | |
| | Robert E. DeRose (OH #0055214) |
| | 250 E. Broad Street, 10 Floor |
| | Columbus, OH 43215 |
| | Telephone: (614) 221-4221 |
| | Facsimile: (614) 744-2300 |
| | bderose@barkanmeizlish.com |
| | |
| | ATTORNEYS FOR PLAINTIFFS |